IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 04-10 Erie |
| | ) | |
| STEVEN RAYMOND ARNOLD | ) | |

## ORDER OF COURT

AND NOW, upon consideration of the within Motion to Dismiss Petition on Supervised Release, it is hereby ORDERED, ADJUDGED and DECREED that said motion is hereby GRANTED.

The Petition on Supervised Release is DISMISSED.

_____
SEAN J. McLAUGHLIN
United States District Judge