IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 04-10 |
| ) | |
| STEVEN RAYMOND ARNOLD ) | |

GOVERNMENT'S MOTION TO WITHDRAW PETITION ON SUPERVISED RELEASE

AND NOW comes the United States of America by its attorneys, Mary Beth Buchanan, United States Attorney for the Western District of Pennsylvania, and Marshall J. Piccinini, Assistant United States Attorney for said district, and requests the court's permission to withdraw the Petition on Supervised Release previously filed in this case, and submits as follows:

Pending before the court is the Petition on Supervised Release filed by the U.S. Probation Office on December 3, 2007, seeking the revocation of the supervised release of the defendant, Steven Raymond Arnold. The matter is scheduled for a supervised release revocation hearing on January 4, 2008. A Motion to Dismiss the petition was filed by Arnold on December 7, 2007.

On November 27, 2007, Arnold was sentenced by Judge Maurice B. Cohill, to a serve a period of imprisonment of 121 months, to be followed by 5 years of supervised release on his conviction for possessing crack cocaine with the intent to distribute. Arnold was on supervised release at this docket number at the time he committed the drug offense. Arnold is also subject to deportation after he is released from federal prison. In light

of Arnold's lengthy sentence and his eventual deportation, the United States asks for the court's permission to withdraw the Petition on Supervised Release previously filed.[1]

WHEREFORE, for the above-stated reasons, the government requests permission to withdraw the petition on supervised release previously filed in this matter.

> Respectfully submitted,
>
> MARY BETH BUCHANAN
> United States Attorney
>
> s/ Marshall J. Piccinini
> MARSHALL J. PICCININI
> Assistant U.S. Attorney
> PA ID No. 56362

---

[1] The government does not concede the issues raised in Arnold's Motion to Dismiss the petition in which he claims that the period of supervision has expired. Withdrawal of the petition will render the pending Motion to Dismiss moot, with no further need to litigate the matter.