IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA )
                         )
         v.              )    Criminal No. 04-10
                         )
STEVEN RAYMOND ARNOLD    )


**ORDER**

AND NOW TO WIT this ____ day of December, 2007, upon consideration of the Motion to Withdraw Petition on Supervised Release, it is hereby ORDERED that the Motion is GRANTED, and the Petition on Supervised Release filed in this matter on December 3, 2007, is hereby WITHDRAWN.


                         _____
                         SEAN J. MCLAUGHLIN
                         United States District Judge