IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 04-10 |
| ) | |
| STEVEN RAYMOND ARNOLD ) | |

### ORDER

AND NOW TO WIT this 20th day of December, 2007, upon consideration of the Motion to Withdraw Petition on Supervised Release, it is hereby ORDERED that the Motion is GRANTED, and the Petition on Supervised Release filed in this matter on December 3, 2007, is hereby WITHDRAWN.


                                  _____
                                  SEAN J. MCLAUGHLIN
                                  United States District Judge